# IN THE SUPREME COURT OF THE STATE OF NEVADA

JACQUELINE MARIE MANOUKIAN
F/K/A JACQUELINE MARIE MOTT,
Appellant,
vs.
SHAWN DENNIS MOTT,
Respondent.

No. 62918

FILED

NOV 14 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Respondent has filed a motion to dismiss this appeal, which challenges a district court order denying appellant's motion to relocate with the parties' minor child. In his motion, respondent argues that appellant has returned to Nevada, and thus, this appeal is now moot. Appellant opposed the motion, arguing that a temporary custody order issued by the district court after she returned to Nevada did not award appellant true joint physical custody of the child.

Having considered the parties' arguments, we grant respondent's motion to dismiss this appeal as moot. *Personhood Nev. v. Bristol*, 126 Nev. ___, ___, 245 P.3d 572, 574 (2010) (noting that this court does not render advisory opinions and that "a controversy must be present through all stages of the proceeding"); *see also Mack-Manley v. Manley*, 122 Nev. 849, 855, 138 P.3d 525, 530 (2006) (holding that a district court lacks jurisdiction to modify a child custody order that is on appeal); *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978) (providing that the proper procedure for a party seeking a limited remand to the district

14-37614

court to change an order that is on appeal is to obtain an order from the district court showing it is inclined to grant the requested relief).

It is so ORDERED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:   Ninth Judicial District Court Dept. 2
      Anderson Keuscher, PLLC
      Allison W. Joffee
      Douglas County Clerk

---

[1]In light of this order, all pending requests for relief are denied.